IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VISTA MARKETING, LLC,

    Plaintiff,

v.

TERRI A. BURKETT, and
JOSEPH R. PARK,

    Defendants.

CASE NO. 8:12-cv-01640-JSM-TBM

## PLAINTIFF'S ADDITIONAL JURY INSTRUCTION TO SUPPLEMENT PARTIES' PROPOSED SET

Plaintiff, VISTA MARKETING, LLC, hereby proposes an additional jury instruction, as attached, to supplement the set proposed jointly by the parties under separate cover as well as to supplement the substantive instructions submitted previously by Plaintiff. See Pl.'s Proposed Jury Instruction to Suppl. Parties Proposed Set (Doc. 114).

Plaintiff's additional jury instruction concerns Florida law on limited liability companies.

/s/ [signature]
_____
Richard C. Alvarez, Esquire
Florida Bar No. 031615
ALVAREZ GARCIA
*Counsel to Plaintiff*
742 South Village Circle
Tampa, Florida 33606
Telephone No. (813) 259-9555
Facsimile No. (813) 254-9555
ralvarez@alvarezgarcia.com

## CERTIFICATE OF SERVICE

PLAINTIFF'S COUNSEL HEREBY CERTIFIES that on June 25, 2014, a true and correct copy of this additional jury instruction was electronically filed with the Clerk of Court using the CM/ECF system so that notice will be sent to Jeffrey W. Gibson, Esquire, Ashley R. Kellgren, Esquire, and Joshua Magidson, Esquire, of MacFarlane Ferguson & McMullen, *Counsel to Defendant Terri A. Burkett,* and all other interested persons.

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. \_\_\_**
*For after Standard Inst. 3.2.2 on Duty to Follow Instructions – Corporate Party Involved*

**Florida Limited Liability Companies**

  A limited liability company organized and existing under the law of Florida shall have the same powers as an individual to do all things necessary to carry out its business and affairs, including, without limitation, the power to: (1) sue and be sued, and defend, in its name; and (2) acquire, own and use personal property.

  The management of a limited liability company shall be vested in a manager or managers. A manager must be designated, appointed, elected, removed, or replaced by a vote, approval, or consent of a majority-in-interest of the members.

  "Member" means any person who has been admitted to a limited liability company as a member in accordance with Florida law and has an economic interest in a limited liability company.

  Except as otherwise provided in the articles of organization or the operating agreement for the limited liability company, no person may be admitted as a member unless a majority-in-interest of the members consent in writing to the admission of the additional member.

  A limited liability company shall furnish to a member, without demand, information concerning the limited liability company's business or affairs reasonably required for the proper exercise of the member's rights and performance of the member's duties; and on demand, other information concerning the limited liability company's business or affairs, except to the extent the demand or the information demanded is unreasonable or otherwise improper under the circumstances.

  The manager of a limited liability company shall have the right to keep confidential from the members, for such period of time as the manager deems reasonable, any information which the manager reasonably believes to be in the nature of trade secrets or other information the disclosure of which the manager in good faith believes is not in the best interest of the limited liability company or could damage the limited liability company or its business or which the limited liability company is required by law or by agreement with a third party to keep confidential.

<u>Authority</u>: Fla. Stat. § 606.404 (powers of limited liability company); Fla. Stat. § 608.422(3)(management by manager or managers); Fla. Stat., § 608.422(4)(c)(election of manager); Fla. Stat. § 608.402(21)(definition of member); Fla. Stat. § 608.4232 (admission of additional members); Fla. Stat. § 608.4101(3)(member's right to records); Fla. Stat. § 608.4101(4)(manager's right to keep information confidential)