IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VISTA MARKETING, LLC,

    Plaintiff,                                                       Case No. 8:12-cv-1640-T-30-TBM

vs.

TERRI A. BURKETT,

    Defendant.
_____/

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Ms. Burkett intentionally accessed without or in excess of authorization a facility through which an electronic communication service is provided?

   ✓ Yes         No

**If you answer NO to question 1, then your verdict is for the defendant and you should proceed no further except to sign and date this verdict form and return it to the courtroom.**

**If you answered YES to question 1, then move on to question 2.**

2. Do you find by a preponderance of the evidence that Ms. Burkett acted with a knowing or intentional state of mind?

   ✓ Yes         No

**If you answer NO to question 2, then your verdict is for the defendant and you should proceed no further except to sign and date this verdict form and return it to the courtroom.**

**If you answered YES to question 2, then move on to question 3.**

3. If your answer is YES to questions 1 and 2, then state the number of violations you find were committed by Ms. Burkett.

__450__

**Move on to question 4.**

4. Do you find by a preponderance of the evidence that the above conduct of Ms. Burkett was the direct cause of any actual damages to Vista Marketing?

____ Yes __✓__ No

**If you answer NO to question 4, then you should move on to question 6.**

**If you answered YES to question 4, then move on to question 5.**

5. What is the amount of actual damages that Vista Marketing has proven by a preponderance of the evidence?

Amount: $ _____

**Now move on to question 6.**

6. Do you find that Ms. Burkett's conduct was willful, wanton, or malicious for purposes of assessing punitive damages?

__✓__ Yes ____ No

**If you answer NO to question 6, then should proceed no further except to sign and date this verdict form and return it to the courtroom.**

**If you answered YES to question 6, then move on to question 7.**

7. What, if any, is the amount of punitive damages you assess against Ms. Burkett?

Amount: $ 0

**Regardless of your answer, you must sign and date this verdict form and return it to the courtroom.**

SO SAY WE ALL, this 25th day of June, 2014.

_____
FOREPERSON