# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VISTA MARKETING, LLC,

      Plaintiff,

v.                                                                  Case No: 8:12-cv-1640-T-30TBM

TERRI A. BURKETT,

      Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff Vista Marketing, LLC's Proposed Bill of Costs (Dkt. 153).   The Court, having considered the filings with respect to Plaintiff's Proposed Bill of Costs, and being otherwise advised in the premises, concludes that Plaintiff is entitled to costs in the amount of $9,416.10.

## STANDARD FOR AWARDING COSTS

Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise."   Under 28 U.S.C. § 1920, a judge or clerk of any court of the United States may tax as costs the following: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) fees and disbursements for printing and witnesses; (4) fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use

in the case; (5) docket fees under section 1923 of title 28; and (6) compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of title 28.  *See generally, Crawford Fitting Co. v. J.T. Gibbons, Inc.,* 482 U.S. 437, 441-42, 107 S. Ct. 2494, 96 L.Ed.2d 385 (1987), *superseded on other grounds by* 42 U.S.C. § 1988(c) (finding that 28 U.S.C. § 1920 defines the term "costs" as used in Rule 54(d) and enumerates the expenses that a federal court may tax as a cost under the discretionary authority granted in Rule 54(d)).

## DISCUSSION

Plaintiff was the prevailing party in this case.   Plaintiff requests costs in the amount of $9,416.10, comprised of the following: Clerk of the Court fees in the amount of $350.00; subpoena fees in the amount of $676.00; printed or electronically recorded deposition transcripts fees in the amount of $7,363.60; witness fees of $379.74; and copying fees of $645.76.   Defendant Terri A. Burkett did not file an opposition to Plaintiff's Proposed Bill of Costs.   The Court has considered the filings with respect to Plaintiff's Proposed Bill of Costs and concludes that Plaintiff is entitled to all costs pursuant to 28 U.S.C. § 1920.

It is therefore **ORDERED AND ADJUDGED** that:

1.      Plaintiff Vista Marketing, LLC is entitled to costs in the amount of $9,416.10.

2.      The Clerk of Court is directed to enter a Bill of Costs in the amount of $9,416.10 in Plaintiff Vista Marketing, LLC's favor and against Defendant Terri A. Burkett.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of September, 2014.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-1640.costs 153.wpd.docx